1  THOMAS P. O'BRIEN
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   KATHERINE R. LOO
4  Special Assistant United States Attorney
   California State Bar 162029
5       333 Market Street, Suite 1500
        San Francisco, California  94105
6       Tel:  (415) 977-8927
        Fax:  (415) 744-0134
7       Email:  Katherine.Loo@ssa.gov

8  Attorneys for Defendant,
   Commissioner of Social Security

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| BEVERLY F. KNIGHT, | No.  ED CV-08-00849-PLA |
| Plaintiff, | **JUDGMENT OF REMAND** |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation for Remand") lodged concurrent with the lodging of the within Judgment of Remand.

///

///

-1-

1  **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the
2  above-captioned action is remanded to the Commissioner of Social
3  Security for further proceedings consistent with the Stipulation for Remand.
4  DATED: March 24, 2009

_____
UNITED STATES MAGISTRATE JUDGE

Presented by:

THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

 /s/ - *Katherine R. Loo*
KATHERINE R. LOO
Special Assistant United States Attorney

Attorneys for Defendant